NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERRY RAY WEEKS,                    )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-121
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
                                    )
_____    )

Opinion filed August 15, 2018

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Jerry Ray Weeks, pro se.


PER CURIAM.


        Affirmed.



LaROSE, C.J., and SLEET and ATKINSON, JJ., Concur.